UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

A.L. PINO,

    **Plaintiff,**

v.                                          Case No. 3:15-cv-1284-J-HES-JRK

WELLS FARGO & CO.,
A Delaware Corp, et al.,

    **Defendants.**

_____/

## ORDER

This cause is before the Court on the Magistrate Judge's "Report and Recommendation" (Doc. 36, filed July 13, 2016). Plaintiff was directed on March 21, 2016 to serve process on Defendants, Wells Fargo & Co., Wells Fargo Bank, N.A., "Does 1–100," John Stumpf, John Mays, and Felicia Carter by May 23, 2016. (Doc. 19). In the Magistrate Judge's June 9, 2016 Order to Show Cause (Doc. 31), the Plaintiff was directed to file a written response by June 27, 2016, explaining her failure to serve any Defendants other than John Mays and Felicia Carter. On June 10, 2016, Plaintiff filed a Proof of Service (Doc. 32) with respect to Defendant John Stumpf, but has otherwise failed to serve any other Defendant named in the operative pleading or respond to the June 9, 2016, Order to Show Cause.

Accordingly, the Magistrate Judge recommended that all claims against Defendants Wells Fargo & Co., Wells Fargo Bank, N.A., and "Does 1–100" be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and that the same be terminated as defendants in this case. More than fourteen days have passed since the Magistrate Judge entered his Report and Recommendation, and no objections have been filed. Fed. R. Civ. P. 72(b)(2).

After an independent review of the record and upon consideration of the Report and Recommendation, it is hereby **ORDERED**:

1. The Magistrate Judge's "Report and Recommendation" (Doc. 30, filed July 13, 2016) is **ADOPTED IN FULL**;

2. All claims against Defendants Wells Fargo & Co., Wells Fargo Bank, N.A., and "Does 1–100" in this case are **DISMISSED without prejudice**;

3. The Clerk is directed to **TERMINATE** Wells Fargo & Co., Wells Fargo Bank, N.A., and "Does 1–100" as Defendants in this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___10___ day of August, 2016.

```
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE
```

Copies to:

A.L. Pino, *pro se*
Scott S. Cairns, Esq.
Cameron G. Kynes, Esq.